## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JOY JOHNSON

VERSUS

KYLE RUSS, ET AL.

CIVIL ACTION

25-419-SDD-RLB

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated August 19, 2025, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's case is DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on this __3rd__ day of October, 2025.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 12.